IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-24-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| TERRENCE LORENZO CRUELL, | ) | |
| Defendant. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable James C. Fox, Senior United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 5:16-CR-24-F-1.**

This 19th day of February, 2016.

_____
for JULIE RICHARDS JOHNSTON, CLERK